UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- x
:
THE AMERICAN AUTOMOBILE :
ASSOCIATION, INC., :
:
          Plaintiff, :
:
     v. :
:
STEVE'S TRIPLE A TOWING and :
STEVEN BALINT, :
:
          Defendants. :
:
---------------------------------------- x

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ SEP 10 2010 ★
BROOKLYN OFFICE

10 Cv **10    4141**

**FEDERAL RULE OF
CIVIL PROCEDURE
7.1 CORPORATE
DISCLOSURE STATEMENT**

BIANCO, J.

BOYLE M.J

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Plaintiff, The American Automobile Association, Inc. ("AAA"), certifies that AAA is a not-for-profit, non-stock corporation organized and existing under the laws of the State of Connecticut, with its principal place of business in Heathrow, Florida. Counsel further certifies that AAA

does not have a parent corporation and there is no publicly held corporation that owns stock in AAA.

Dated: New York, New York
September 10, 2010

COVINGTON & BURLING LLP

By: *Gretchen Hoff Varner*
Gretchen Hoff Varner

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Facsimile: (646) 441-9176
ghoffvarner@cov.com

Neil K. Roman, Esq.
Peter D. Saharko, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
nroman@cov.com
psaharko@cov.com

*Attorneys for Plaintiff*
*THE AMERICAN AUTOMOBILE*
*ASSOCIATION, INC.*