AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2010 ★
LONG ISLAND OFFICE

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____EDNY____ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>10cv4141 (JFB) | DATE FILED<br>September 14, 2010 | U.S. DISTRICT COURT<br>EDNY |
|---|---|---|
| PLAINTIFF<br>The American Automovile Association, Inc. | | DEFENDANT<br>Steve's Triple a Towing, et al |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | Please see attached complaint |
| | | |
| | | |
| | | |
| | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Robert C. Heinemann | (BY) DEPUTY CLERK | DATE<br>September 14, 2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy