UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.,

                Plaintiff,

    v.

STEVE'S TRIPLE A TOWING and
STEVEN BALINT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Copies Mailed To All Parties
*By Keith A. Jones on 11-08-10*

10 CIV 4141 (JFB) (ETB)

**CERTIFICATE OF DEFAULT**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 08 2010 ★

K-Jones

LONG ISLAND OFFICE

I, Robert C. Heinemann, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Steve's Triple A Towing has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Steve's Triple A Towing is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: *Central Islip New York, 11722*
       **November 08, 2010**

                                              /s/ *Robert C. Heinemann*
                                              **Clerk Of Court**

                                              By:/s/ *Keith A. Jones*
                                              *Deputy-Clerk, Keith A. Jones*

**Clerk's Certificate/ Notation of default**