UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------- x
                                                          :

THE AMERICAN AUTOMOBILE          :   CV-10-04141 (JFB) (ETB)
ASSOCIATION, INC.,                             :
                                                          :   **DEFAULT JUDGMENT**
                 Plaintiff,                          :   **AGAINST DEFENDANT**
                                                           :   **STEVE'S TRIPLE A TOWING**
      v.                                     :   **AND AWARD OF COSTS AND**
                                                            :   **FEES TO PLAINTIFF THE**
STEVE'S TRIPLE A TOWING and        :   **AMERICAN AUTOMOBILE**
STEVEN BALINT,                            :   **ASSOCIATION, INC.**
                                                            :
               Defendants.                      :   **ECF CASE**
                                                             :
----------------------------------------- x

Upon application of the plaintiff, The American Automobile Association, Inc. ("AAA"), and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1)    Judgment by Default is hereby entered against Defendant Steve's Triple A Towing, pursuant to Federal Rule of Civil Procedure 55(b)(2).

(2)    Plaintiff is awarded costs of court against Defendant Steve's Triple A Towing.

(3)    Defendant Steve's Triple A Towing and its officers, directors, agents, servants, employees, representatives, attorneys, successors-in-interest, parent companies, affiliated companies, subsidiary companies, aliases and any and all persons in active concert or participation with them, directly or indirectly, are PERMANENTLY ENJOINED from:

        (a)    Using any marks that are identical or confusingly similar to a registered mark of AAA and/or any AAA subsidiary; and

2

        (b)      Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities in paragraph 3(a) above.

The court retains jurisdiction of this case to enforce this permanent injunction.

        (4)      Plaintiff is awarded reasonable attorney's fees and costs of this action in the amount of $13,818.54.

IT IS SO ORDERED.

_____   _____
Date                              United States District Court Judge