UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THE AMERICAN AUTOMOBILE : CV-10-04141 (JFB (ETB)
ASSOCIATION, INC., :
: **DEFAULT JUDGMENT**
                    Plaintiff, : **AGAINST DEFENDANT**
: **STEVEN BALINT AND**
            v. : **AWARD OF COSTS AND FEES**
: **TO PLAINTIFF THE**
STEVE'S TRIPLE A TOWING and : **AMERICAN AUTOMOBILE**
STEVEN BALINT, : **ASSOCIATION, INC.**
:
                    Defendants. : **ECF CASE**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon application of the plaintiff, The American Automobile Association, Inc. ("AAA"), and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that:

      (1)    Judgment by Default is hereby entered against Defendant Steven Balint, pursuant to Federal Rule of Civil Procedure 55(b)(2).

      (2)    Plaintiff is awarded costs of court against Defendant Steven Balint.

      (3)    Defendant Steven Balint and his agents, servants, employees, representatives, attorneys, successors-in-interest, parent companies, affiliated companies, subsidiary companies, aliases and any and all persons in active concert or participation with them, directly or indirectly, are PERMANENTLY ENJOINED from:

          (a)    Using any marks that are identical or confusingly similar to a registered mark of AAA and/or any AAA subsidiary; and

2

    (b)  Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities in paragraph 3(a) above.

  The court retains jurisdiction of this case to enforce this permanent injunction.

  (4)  Plaintiff is awarded reasonable attorney's fees and costs of this action in the amount of $13,818.54.

  IT IS SO ORDERED.

_____   _____
Date               United States District Court Judge