# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| 1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004-2401<br>TEL 202.662.6000<br>FAX 202.662.6291<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | PETER D. SAHARKO<br>TEL 202.662.5306<br>FAX 202.778.5306<br>PSAHARKO @ COV.COM |

January 18, 2011

**BY ECF**

The Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *The American Automobile Association, Inc. v. Steve's Triple A Towing and Steven Balint*, No. 10 CV 4141 (E.D.N.Y.)

Dear Judge Bianco:

    We represent The American Automobile Association, Inc. ("AAA") in the above-captioned case. On Tuesday, January 18, we received a copy of Your Honor's January 11, 2011 Order directing us to file via ECF copies of correspondence we received from Defendants. Enclosed please find two documents attached as exhibits: (1) a copy of Defendants' letter (and enclosures) dated December 30, 2010 that we referenced in our January 6, 2011 letter (Exhibit A); and (2) a copy of Defendants' letter (and enclosures) dated January 10, 2011 (Exhibit B).

    A copy of your Order and this response letter have been sent to Defendants by Federal Express today. Also enclosed is a Certificate of Service.

                                    Sincerely,

                                    Peter D. Saharko

Enclosures

cc:    The Honorable E. Thomas Boyle
        Steve's Triple A Towing
        Steven Balint