Joseph F. Bianco, District Judge
United States District Judge
Central Islip, New York

```
                                                    December 30, 2010

                                                    FILED
                                                 IN CLERK'S OFFICE
                                            U.S. DISTRICT COURT E.D.N.Y.

                                              ★    FEB 09 2011    ★

                                                 LONG ISLAND OFFICE
```

RE: The American Automobile Association, Inc. v. Steve's Triple A Towing and
Steven Balint, NO 10 CV 4141 (E.D.N.Y.)

Dear Honorable Bianco:

    I am responding to a letter which was sent to me by Peter Saharko representing The American Automobile Association, Inc. attached. I would first like to point out to my knowledge I never received any correspondence regarding a court appearance. I have multiple papers received from Mr. Saharko relating to this matter, and I knew that I would be appearing in court but I have never seen anything listing the date in which to appear. I also noticed that the wrong zip code is being used, and I wonder if that has caused any interruption in paperwork that I should have received. I apologize greatly for failing to appear, I am just as saddened that I have not had the opportunity to represent myself.

    The business name in this matter derived from having three girls, and their names beginning with the letter "A". I have attached a picture that shows on the back of the tow truck listing all three of the girl's names. I used the word "Triple A" because New York State approved this, and gave me the business certificate which is also attached. I don't understand why the name would be approved to later be sued for using it. The lettering on the truck was designed by a sticker person, and I approved it not being aware of any issues that would later arise.

    Steve's Triple A Towing has not been fully operational in or around 9 months. I have attached bank statements to show that this is NOT a profitable business. The business name was not changed sooner because I was in the process of selling it. In my opinion it would have been too costly to go and change the name on the bank accounts, business cards, invoices, and the lettering on the truck since I was closing up. I have since peeled the letters off the truck, although the truck is stationary in the driveway none operational, and there are those pictures attached as well.

    Recently my plans to sell off the business have changed since my wife has been laid off from her job. I now need to put the truck back on the road and resurrect my company in support of my family. I will be going back to Riverhead no later than early next week to change my business name so that there aren't any further problems. This name change permits my bank to change the name on the account, and I will move forward in ordering new business cards and invoices. If you need I will forward all new business certificates and material I may receive to prove this change has taken place.

    My apologies again for not responding sooner please accept this letter on behalf of me Steven Balint representing Steve's Triple A Towing. I am asking and praying for a motion to dismiss this judgment. If there is any other information you need from me, or you can provide me to help in the

dismissal please don't hesitate to let me know. I have sent a copy of this and the attachments by mail to Mr. Saharko, and by fax to 202.778.5306 as listed on his letter.

Sincerely,

Steven Balint
1030 Fire Island Avenue
Bay Shore, New York 11706

Enclosures

cc: Peter Sharko of Covington & Burling LLP

# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| 1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004-2401<br>TEL 202.662.6000<br>FAX 202.662.6291<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | PETER D. SAHARKO<br>TEL 202.662.5306<br>FAX 202.778.5306<br>PSAHARKO@COV.COM |

December 17, 2010

**BY FEDERAL EXPRESS**

Steven Balint
1030 Fire Island Avenue
Bay Shore, New York 11716-3516

*[handwritten annotation: wrong zip code]*

Re: The American Automobile Association, Inc. v. Steve's Triple A Towing and Steven Balint, No. 10 CV 4141 (E.D.N.Y.)

Dear Mr. Balint:

We represent The American Automobile Association, Inc. ("AAA") in the above-captioned case. Please find enclosed a copy of Judge Joseph F. Bianco's December 15, 2010 Order ordering Defendants to respond in writing within ten (10) days as to why default should not be entered. Judge Bianco indicated in his Order that a failure to respond would result in entry of default judgment.

Per Judge Bianco's order, we are serving you with a copy of this order by Federal Express and also serving you with the motion for default and accompanying papers, which were previously served upon you by Federal Express on November 23, 2010.

Sincerely,

Peter Saharko

Enclosures

cc: Steve's Triple A Towing

# Business Certificate

I HEREBY CERTIFY that I am conducting or transacting business under the name or designation of   STEVE'S TRIPLE A TOWING

at   17 Stevenson Place, Deer Park, NY 11729

City or Town of Deer Park     County of Suffolk     State of New York

My full name is   Steven H. Balint
and I reside at   17 Stevenson Place, Deer Park, NY 11729

I FURTHER CERTIFY that I am successor in interest to   no one

the person or persons heretofore using such name or names to carry on or conduct or transact business.

---

COUNTY CLERK'S OFFICE
STATE OF NEW YORK           SS.:
COUNTY OF SUFFOLK

   I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof, do hereby certify that I have compared the annexed with the original ..... CERTIFICATE ............. FILED in my office .............. MAY 0 7 2007 ......... and, that the same is a true copy thereof, and of the whole of such original.
   In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this .................. MAY 0 7 2007 ......

CLERK.... *Judith A. Pascale*



**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
09/01/10 through 09/30/10
ED  P  PA  0A 60
Enclosures 0
Account Number

BD 10/07 0   0487 944 3      066 012978 #@01 AV 0.335

```
DBA STEVE'S TRIPLE A TOWING
STEVEN BALINT SOLE PROP
1030 FIRE ISLAND AVE
BAY SHORE NY 11706-3516
```

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

Beginning with statement cycles that start on or after 11/4/10, the Monthly Maintenance Fee for your Business Economy Checking account will increase to $18. This fee will not apply if you meet one of the balance requirements each statement cycle. The balance requirements are not changing. For more information about balance requirements, to understand alternatives, or if you have questions, please call the number on your deposit statement, or speak with an associate at your local Bank of America.

Page 2 of 3
Statement Period
09/01/10 through 09/30/10
E0   P  PA   0A 60
Enclosures 0
Account Number

DBA STEVE'S TRIPLE A TOWING
STEVEN BALINT SOLE PROP

## Deposit Accounts

## Business Economy Checking

DBA STEVE'S TRIPLE A TOWING   STEVEN BALINT SOLE PROP

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | Statement Beginning Balance | $175.25- |
| Statement Period | 09/01/10 through 09/30/10 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $17.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $192.25- |
| Number of Deposited Items | 0 | | |
| Number of Days in Cycle | 30 | Average Ledger Balance | $175.25- |
| | | Service Charge | $17.00 |

Use your Bank of America Small Business Check Card to avoid the monthly maintenance fee on your business checking account. Contact a Bank of America associate to learn more.

Help avoid Overdraft & NSF: Returned Item fees. Use Alerts to get messages by email or text to inform you when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

### Withdrawals and Debits
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 09/30 | 17.00 | Monthly Maintenance Fee | |

### Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total NSF: Returned Item Fees | $0.00 | $70.00 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 09/01 | 175.25- | 09/30 | 192.25- |

 

Page 3 of 3

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................................ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............. $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here .................................................................................................... $ _____
2. Add any deposits not shown on this statement ............................................................................................. $ _____

SUBTOTAL _____ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals _____ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance _____ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
10/01/10 through 10/31/10
ED  P  PA  0A 60
Enclosures 0
Account Number

0096612

01487 001 SCM999        0

DBA STEVE'S TRIPLE A TOWING
STEVEN BALINT SOLE PROP
1030 FIRE ISLAND AVE
BAY SHORE NY 11706-3516

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
www.bankofamerica.com

For additional information or assistance, you may call
1-800 BUSINESS (1-800-283-7637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Deposit Accounts**

## Business Economy Checking

DBA STEVE'S TRIPLE A TOWING   STEVEN BALINT SOLE PROP

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | Statement Beginning Balance | $192.25- |
| Statement Period | 10/01/10 through 10/31/10 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $0.00 |
| Number of Withdrawals/Debits | 0 | Statement Ending Balance | $192.25- |
| Number of Deposited Items | 0 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | $192.25- |
| | | Service Charge | $0.00 |

Use your Bank of America Small Business Check Card to avoid the monthly maintenance fee on your business checking account.
Contact a Bank of America associate to learn more.

Help avoid Overdraft & NSF: Returned Item fees. Use Alerts to get messages by email or text to inform you when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

DBA STEVE'S TRIPLE A TOWING
STEVEN BALINT SOLE PROP

Page 2 of 3
Statement Period
10/01/10 through 10/31/10
E0  P PA  0A 60
Enclosures 0
Account Number

## Total Overdraft Fees and NSF: Returned Item Fees

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total NSF: Returned Item Fees | $0.00 | $70.00 |

## Daily Ledger Balances

| Date | Balance ($) |
|---|---|
| 10/01 | 192.25 - |

0096614

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ............ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ............................................................................. $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ............................................................................. $ _____
2. Add any deposits not shown on this statement ............................................................................. $ _____

SUBTOTAL $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
11/01/10 through 11/30/10
E0   P PA   0A 60
Enclosures 0
Account Number

BD 12/07 0   0487 737        297 013426 #@01 AV 0.335
DBA STEVE'S TRIPLE A TOWING
STEVEN BALINT SOLE PROP
1030 FIRE ISLAND AVE
BAY SHORE NY 11706-3516

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

DBA STEVE'S TRIPLE A TOWING   STEVEN BALINT SOLE PROP

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | Statement Beginning Balance | $192.25- |
| Statement Period | 11/01/10 through 11/30/10 | Amount of Deposits/Credits | $192.25 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $17.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $17.00- |
| Number of Deposited Items | 0 | | |
| Number of Days in Cycle | 30 | Average Ledger Balance | $19.22- |
| | | Service Charge | $17.00 |

Use your Bank of America Small Business Check Card to avoid the monthly maintenance fee on your business checking account. Contact a Bank of America associate to learn more.

lelp avoid Overdraft & NSF Returned Item fees. Use Alerts to get messages by email or text to inform you when your balance is ow. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to elp cover items that would overdraw your account. Call us for details.

H

Page 2 of 3
Statement Period
11/01/10 through 11/30/10
50   P PA   0A 60
Enclosures 0
Account Number

DBA STEVE'S TRIPLE A TOWING
STEVEN BALINT SOLE PROP

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 11/04 | 192.25 | ~~ ~ ~ ~-lated Account rdes Naz 0055257 Nbkmj8K | |

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 11/30 | 17.00 | Monthly Maintenance Fee | |

## Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $350.00 |
| Total NSF: Returned Item Fees | $0.00 | $70.00 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 192.25 - | 11/04 | 0.00 | 11/30 | 17.00 - |

 

Page 3 of 3

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here _____ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement _____ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) _____ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE _____ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here _____ $ _____
2. Add any deposits not shown on this statement _____ $ _____

                                                              **SUBTOTAL** _____ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. **TOTAL OF OUTSTANDING CHECKS**, ATM, Check Card and other electronic withdrawals _____ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance _____ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender



```
133248CB
<DMV> HD
3FRNX65T17V516079
2007 FORD TOW
32133TW TOW 4
09/30/10
```

NEW YORK

9 10

