UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.,

    Plaintiff,

              – against –

STEVE'S TRIPLE A TOWING and
STEVEN BALINT,

    Defendants.
----------------------------------------X

ORDER
10-CV-4141 (JFB) (ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2011 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

By letter dated May 27, 2011, plaintiff requested a status conference with the Court regarding the pending motion for default judgment. IT IS HEREBY ORDERED that plaintiff's request is granted. Counsel for the parties to this action shall participate in a telephone conference on Thursday, August 18, 2011 at 2:00 p.m. At that time, counsel for plaintiff shall initiate the call and, with all parties on the line, contact Chambers at 631-712-5670.

IT IS FURTHER ORDERED that plaintiff serve a copy of this Order on defendants and file proof of service via ECF.

                                  SO ORDERED.

                                  JOSEPH F. BIANCO
                                UNITED STATES DISTRICT JUDGE

Dated:    July 21, 2011
             Central Islip, New York